# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

125372

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                      SC: 125372
                                      COA: 240915
BOBBY R. HOWARD,                        Wayne CC: 01-008000-02
      Defendant-Appellee.

_____/

      By order of November 12, 2004, the application for leave to appeal was held in abeyance pending the decision in *People v Perkins* (Docket No. 126727). On order of the Court, the opinion having been issued on July 29, 2005, 473 Mich 626, the application for leave to appeal the December 23, 2003 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

t0919